UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAURICE W. SMITH | : | |
| | : | |
| *Plaintiff*, | : | CIVIL CASE NUMBER: |
| | : | |
| v. | : | 3:16-cv-574 (VLB) |
| | : | |
| ELM CITY FREDDY FIXER PARADE, | : | November 10, 2016 |
| CITY OF NEW HAVEN, JACKIE JAMES, | : | |
| JASON BARLETT, and JENNIFER PUGH, | : | |
| | : | |
| *Defendants*. | : | |

## MEMORANDUM OF ORDER DISMISSING CASE

Mr. Smith brings this pro se action for infringement of a trademark, allegedly held by Freddy Fixer, Inc., and for violations of that corporation's rights under the First and Fourteenth Amendments. [Compl. at 8-11; Amended Compl. at 1, 5, 9, 11, 12, 16, 17, and Exhibit 1]. As stated in the recommended ruling filed in this case and adopted by the Court [Dkt. 10 and 16, respectively], it is well established that a corporation may only appear in federal court through licensed counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–202 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel . . . . As the courts have recognized, the rationale for that rule applies equally to all artificial entities."); *Meshkin v. Vertrue Inc.*, No. 3:07CV109CFD, 2007 WL 2462172, at *2 n.3 (D. Conn. Aug. 28, 2007) ("[C]orporate entities may appear in federal court only through counsel, not a non-lawyer corporate representative."). The amended complaint does not establish that Mr.

**Smith holds the trademark in the name Freddy Fixer, and he is not a licensed attorney.  He therefore may not bring this action as a representative of Freddy Fixer, Inc.  Because the Court advised Mr. Smith of the deficiency in his complaint, [see Dkt. 16, 18], and he has now demonstrated his inability to cure it, the Court finds that granting leave to amend a second time would be futile.  Accordingly, the case is hereby DISMISSED with prejudice.  The Clerk is directed to close this file.**

                                   **IT IS SO ORDERED.**

                                   _____/s/_____
                                   **Hon. Vanessa L. Bryant**
                                   **United States District Judge**

**Dated at Hartford, Connecticut:  November 10, 2016**